FILED

**NOT FOR PUBLICATION**

JAN 25 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SHIZENG ZHU, | No. 08-74163 |
| Petitioner, | Agency No. A079-524-119 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted January 10, 2011[**]

Before:     BEEZER, TALLMAN, and CALLAHAN, Circuit Judges.

Shizeng Zhu, a native and citizen of China, petitions pro se for review of the

Board of Immigration Appeals' ("BIA") order denying his motion to reopen.  We

have jurisdiction under 8 U.S.C. § 1252.  Reviewing for abuse of discretion,

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

*Iturribarria v. INS*, 321 F.3d 889, 894 (9th Cir. 2003), we deny the petition for review.

The BIA did not abuse its discretion in denying Zhu's motion to reopen as untimely and number-barred where the successive motion was filed more than four years after the BIA's January 26, 2004, final order of removal, *see* 8 C.F.R. § 1003.2(c)(2), and Zhu failed to establish changed circumstances in China to qualify for the regulatory exception to the time and number filing limitations, *see* 8 C.F.R. § 1003.2(c)(3)(ii); *see also Toufighi v. Mukasey*, 538 F.3d 988, 996 (9th Cir. 2008) (evidence must demonstrate prima facie eligibility for relief sought in order to reopen proceedings based on changed country conditions).

**PETITION FOR REVIEW DENIED**.